1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant LYDON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-3-10-70220 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXONERATING BOND** |
| vs. | |
| JEFFREY LYDON, | |
| Defendant. | |

On March 23, 2010, this Court set conditions of release for Mr. Jeffrey Lydon, a defendant in a civil case in the District of Utah.  A surety, who is a professional associate of Mr. Lydon, signed a $25,000 unsecured bond on Mr. Lydon's behalf.  As Mr. Lydon's arrest in the case was the result of a civil contempt order from the district court in Utah, his appearance before Judge Waddoups in the District of Utah on or before April 12, 2010, was made a condition of the bond.

On April 12, 2010, Mr. Lydon appeared in the District of Utah before Judge Waddoups. *See Harris Research, Inc. v. Perrine et al.*, Case No. 1:05-cv-00136-CW-DN (D. Utah), Minute Order (Apr. 12, 2010) at Docket No. 252 (noting that Mr. Lydon was sworn, questioned, and that "[t]he contempt is resolved by his appearance today").

1    As Mr. Lydon appeared in the civil action as ordered and the issue of contempt has been
2 resolved, it is now appropriate to exonerate the bond and release Mr. Lydon's surety from his
3 obligations on the bond.  The parties hereby jointly request that the Court enter the attached
4 proposed order exonerating the bond.

6 SO STIPULATED.

7    April 13, 2010                                        /s/
     DATED                                         Aaron Wegner
8                                                  Assistant United States Attorney

10   April 13, 2010                                        /s/
     DATED                                         LOREN D. STEWART
11                                                 Assistant Federal Public Defender
                                                   Attorney for Jeffrey Lydon

14                          [P~~RO~~POSED] ORDER

15    For the reasons set forth above, the appearance bond is hereby EXONERATED.

16
    IT IS SO ORDERED.
17

18      4/19/10
     _____
19   DATED                                         HON. _____ JUDGE
                                                   UNITED STATES DISTRICT COURT
                                                   Judge Edward M. Chen
                                                   IT IS SO ORDERED

STIP & [PROPOSED] ORDER
EXONERATING BOND                          2